**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jason J. SMITH, a/k/a Phillip Daniel Smith, Defendant–Appellant.**

No. 01–6455.

United States Court of Appeals, Fourth Circuit.

Submitted July 3, 2001.

Decided July 20, 2001.

Paul E. Lane, Martinsburg, WV, for appellant. Thomas Oliver Mucklow, Assistant United States Attorney, Martinsburg, WV, for appellee.

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Jason J. Smith seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Smith,* Nos. CR–97–17; CA–00–21–3 (N.D.W.Va. Feb. 9, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*